**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| David Marin individually and on behalf of other employees similarly situated, Plaintiff<br>v.<br>Stonewood Ale House and Louis J. Gatziolis, individually, Defendants | Case No: 1:16-cv-05224<br>Judge: Hon. Sharon Johnson Coleman |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the parties and pursuant to Fed. R. Civ. P. 41(a)(1), that this matter shall be stipulate that this matter shall be dismissed in its entirety, **without prejudice**, with each party incurring its own attorneys' fees and costs. On October 15, 2016, absent a motion by either party to reinstate, the dismissal of this matter shall convert automatically to a dismissal **with prejudice**.

Respectfully submitted,

| | |
|---|---|
| s/ Valentin T. Narvaez<br>Consumer Law Group, LLC<br>6232 N. Pulaski, Suite 200<br>Chicago, IL  60646 | s/ Jonathan Boulahanis<br>Gordon & Reese<br>1 N. Franklin, Suite 800<br>Chicago, IL 60606 |